N

ROBERT BOSCH TOOL COR-
PORATION, Robert Bosch
GMBH, Appellants

v.

INTERNATIONAL TRADE
COMMISSION,
Appellee

SawStop, LLC, SawStop Holding
LLC, Intervenors

2017-1883

United States Court of Appeals,
Federal Circuit.

February 12, 2018

MARK A. HANNEMANN, Shearman & Sterling LLP, New York, NY, argued for appellants. Also represented by PATRICK ROBERT COLSHER, ERIC SEBASTIAN LUCAS, THOMAS R. MAKIN, JOSEPH MATTHEW PURCELL, JR.

ROBERT JOHN NEEDHAM, Office of General Counsel, United States International Trade Commission, Washington, DC, argued for appellee. Also represented by DOMINIC L. BIANCHI, SIDNEY A. ROSENZWEIG, WAYNE W. HERRINGTON.

RAYMOND N. NIMROD, Quinn Emanuel Urquhart & Sullivan, LLP, New York, NY, argued for intervenors.

(Prost, Chief Judge, Moore and Chen, Circuit Judges).

JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.